UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 87-CR-240-MGC

UNITED STATES OF AMERICA
    Plaintiff,

v.

PHILLIPPE J. DEMIRZA, et al.
    Defendants.

### CLERK'S ORDER OF DESTRUCTION OF EXHIBITS

Upon a sua sponte review of the file, this cause has been closed, with no pending appeal, for more than three (3) months. The exhibits attached to docket entry # 785 filed by the plaintiff are ready to be released/destroyed. As a courtesy, the filing party was notified on 05/25/2010 and no response was received.

Therefore, pursuant to Local Rule 5.3 C, the above-mentioned exhibits in the custody of the Clerk have been destroyed.

DONE at the Southern District of Miami, Florida, this 23rd day of August 2010.

STEVE LARIMORE
COURT ADMINISTRATOR • CLERK OF COURT

By: _____
Deputy Clerk